OCTOBER 26, 1959.

No. 10, Original. UNITED STATES *v.* LOUISIANA ET AL. The motion of the State of Texas for leave to file a supplemental brief is granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Price Daniel,* Governor of Texas, *Will Wilson,* Attorney General of Texas, *James N. Ludlum,* First Assistant Attorney General, *Houghton Brownlee, Jr., James H. Rogers* and *John Flowers,* Assistant Attorneys General, *James P. Hart, J. Chrys Dougherty* and *Robert J. Hearon, Jr.* for the State of Texas.